**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| J. JESUS BARRON-MIRANDA, AKA Jesus Jose Barron, | No. 12-73263 |
| Petitioner, | Agency No. A039-789-464 |
| v. | MEMORANDUM* |
| LORETTA E. LYNCH, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2016**

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

J. Jesus Barron-Miranda, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider.  Our jurisdiction is governed by 8 U.S.C. § 1252; *Alphonsus v. Holder*,

705 F.3d 1031, 1036-37 (9th Cir. 2013).  We review for abuse of discretion the

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of a motion to reconsider.  *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005).  We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Barron-Miranda's motion to reconsider because he failed to identify any error of fact or law in the BIA's prior order.  *See* 8 C.F.R. § 1003.2(b)(1).

We lack jurisdiction to consider Barron-Miranda's contentions regarding relief under the Convention Against Torture because he did not raise them in his motion to reconsider.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**